**STATE of Maine**

v.

**Paul M. BOUCHARD.**

Supreme Judicial Court of Maine.

Submitted on Briefs.

Decided March 12, 1986.

R. Christopher Almy, Dist. Atty., Bangor, for State.

Daniel G. Aiken, Lincoln, for defendant.

Before NICHOLS, VIOLETTE, WATHEN, GLASSMAN and SCOLNIK, JJ.

MEMORANDUM OF DECISION.

After a jury-waived trial in the Superior Court (Penobscot County), Paul M. Bouchard was convicted of violating the "habitual offender" statute, 29 M.R.S.A. § 2298 (Supp.1985–1986). Since there are no viable issues raised by this appeal, we affirm the conviction.

The entry is:

Judgment affirmed.

All concurring.